IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Honorable Marcia S. Krieger**

Criminal Action No. 05-cr-00129-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MIGUEL LESPERANCE,

        Defendant.

---

ORDER CONTINUING SUPERVISED RELEASE

---

      This matter was before the Court on February 19, 2010, for a supervised release violation hearing upon report of the probation officer that the defendant had violated the terms and conditions of his supervision. The defendant admits guilt to all seven violations as alleged. The Court, having heard statements by the defendant, defense counsel, counsel for the government, and the probation officer, hereby

      ORDERS the supervised release violation hearing be continued indefinitely to allow the defendant to serve his sentence of imprisonment imposed in Adams County Court Case No. 08T014914. The defendant's term of supervised release is hereby continued and shall abate on the date his state sentence of imprisonment commences. The term of supervised release shall resume on the date the defendant is released from state custody. It is

      FURTHER ORDERED that all previously imposed terms and conditions of supervision remain in full force and effect.

      DATED this 22nd day of February, 2010.

                                    **BY THE COURT:**

                                    *Marcia S. Krieger*
                                    Marcia S. Krieger
                                    United States District Judge